■ KATHERINE TRUSIEVITZ, Individually and as Parent and Guardian of JENNIFER M. TRUSIEVITZ, an Infant, Respondent, v BATH CENTRAL SCHOOL DISTRICT, Appellant, et al., Defendants. [656 NYS2d 987] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Hargraves v Bath Cent. School Dist.* (237 AD2d 977 [decided herewith]). (Appeal from Order of Supreme Court, Steuben County, Purple, Jr., J.—Summary Judgment.) Present—Pine, J. P., Lawton, Callahan, Doerr and Fallon, JJ.

■ DEBRA C. MCDONALD et al., Respondents, v FORD MOTOR COMPANY, Appellant. [656 NYS2d 987] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Howe, J. (Appeal from Order of Supreme Court, Erie County, Howe, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Callahan, Doerr and Fallon, JJ.

■ In the Matter of AHEPA 91, INC., Respondent, v TOWN OF LANCASTER et al., Appellants, and ADRIAN ANDRUSZ et al., Respondents. (Appeal No. 1.) [656 NYS2d 979] —Appeal unanimously dismissed without costs (*see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—CPLR art 78.) Present—Pine, J. P., Lawton, Callahan, Doerr and Fallon, JJ. (Filed Feb. 25, 1997.)